UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:21-CR-12-D

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>OLA MUAYAD SARHAN | UNOPPOSED MOTION EXTEND THE PRETRIAL MOTIONS FILING DEADLINE AND CONTINUE ARRAIGNMENT |

Defendant Ola Sarhan, by and through undersigned counsel, respectfully submits this unopposed motion to extend the time to file pretrial motions and continue arraignment in the above-captioned case, both by thirty (30) days. In support, counsel presents the following.

1. On January 6, 2021, a grand jury returned an indictment charging Ms. Sarhan with making a false statement regarding citizenship to register to vote, on August 2, 2016. DE 1.

2. Ms. Sarhan was arrested on February 22, 2024 and had her initial appearance on February 23, 2024. She was released on conditions at the conclusion of the initial appearance. DE 14, 15. Currently, the deadline for filing pretrial motions is March 29, 2024. Arraignment is set for the April 22, 2024 Term of Court. DE 19.

3. Counsel requests an extension of the pretrial motions filing deadline and continuance of arraignment to pursue a negotiated resolution of this case. If granted, a thirty (30) day extension and continuance should suffice.

4. This is the first request for a continuance.

5. Counsel has consulted with Assistant United States Attorney Sebastian Kielmanovich, who does not oppose this motion.

6. The ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

For these reasons, Ms. Sarhan requests that the Court extend the time to file pretrial motions by thirty (30) days, and continue arraignment, also by thirty (30) days.

Respectfully submitted this 28th day of March, 2024.

G. ALAN DuBOIS
Federal Public Defender

/s/ James E. Todd, Jr.
JAMES E. TODD, JR.
Assistant Federal Public Defender
Attorney for Defendant
Office of the Federal Public Defender
201 South Evans Street, Suite 153
Greenville, North Carolina 27858
Telephone: 252-830-2620
Fax: 252-830-2232
E-mail: Jay_Todd@fd.org
N.C. State Bar No. 28832
LR 57.1 Counsel
Appointed

*CERTIFICATE OF SERVICE*

I HEREBY CERTIFY that a copy of the foregoing was served upon:

SEBASTIAN KIELMANOVICH
Assistant United States Attorney
Eastern District of North Carolina
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601

by electronically filing the foregoing with the Clerk of Court on March 28, 2024, using the CM/ECF system which will send notification of such filing to the above.

This the 28h day of March, 2024.

/s/ James E. Todd, Jr.
JAMES E. TODD, JR.
Assistant Federal Public Defender
Attorney for Defendant
Office of the Federal Public Defender
201 South Evans Street, Suite 153
Greenville, North Carolina 27858
Telephone: 252-830-2620
Fax: 252-830-2232
E-mail: Jay_Todd@fd.org
N.C. State Bar No. 28832
LR 57.1 Counsel
Appointed