UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:21-CR-12-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | ORDER OF DISMISSAL |
| | ) | |
| OLA MUAYAD SARHAN | ) | |
| | ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, the United States Attorney for the Eastern District of North Carolina hereby dismisses the instant Indictment against the above-captioned defendant due to recent information received during pre-trial investigation.

MICHAEL F. EASLEY, JR
United States Attorney

/s/ Sebastian Kielmanovich
SEBASTIAN KIELMANOVICH
Assistant United States Attorney
Criminal Division
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601
Telephone (919) 856-4909
sebastian.kielmanovich@usdoj.gov
N.C. Bar # 32775

Leave of Court is granted for the filing of the foregoing dismissal.

________________________________
JAMES C. DEVER III
United States District Judge

Date: ________________________